EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Comité Asesor Permanente<br>de Reglas de Procedimiento Civil | 2005 TSPR 124<br><br>165 DPR \_\_\_\_ |

Número del Caso: EC-2005-1

Fecha: 8 de septiembre de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

| | |
|---|---|
| Comité Asesor Permanente de Reglas de Procedimiento Civil | Reactivación del Comité y Designación de Miembros |

RESOLUCIÓN

San Juan, Puerto Rico, a 8 de septiembre de 2005.

En virtud de esta Resolución se reactiva el Comité Asesor Permanente de Reglas de Procedimiento Civil adscrito al Secretariado de la Conferencia Judicial, con la encomienda de evaluar las Reglas de Procedimiento Civil a la luz de la Ley de la Judicatura de Puerto Rico de 2003, Ley 201, de 22 de agosto de 2003, según enmendada. Los trabajos del Comité deberán enmarcarse en el desarrollo de un Proyecto moderno de Reglas de Procedimiento Civil que esté dirigido principalmente a agilizar los procedimientos judiciales.

El Comité estará facultado para crear subcomités de trabajo compuestos de expertos en la materia quienes le asistirán en la tarea de completar un Proyecto de Reglas en el término de nueve (9) meses.

El Tribunal agradece la labor realizada por los anteriores miembros del Comité Asesor Permanente quienes cumplieron su encomienda de entregar un Proyecto de Reglas de Procedimiento Civil, conforme le fuera solicitado mediante Resolución del 16 de junio de 1995.

Se designan como nuevos miembros del Comité a las siguientes personas:

Lcdo. José Andréu García, Presidente
Lcda. Lady Alfonso de Cumpiano
Lcdo. Francisco G. Bruno Rovira
Lcda. Waleska Delgado Marrero
Hon.  Héctor Conty Pérez
Lcdo. José Cuevas Segarra
Lcdo. Rafael Hernández Colón
Lcdo. Luis Maldonado Guzmán
Lcdo. José E. Otero Matos
Lcdo. Jorge Pérez Díaz
Lcdo. Harold Vicente González
Lcda. Sylvia Vilanova
Lcda. Celina Romany
Lcdo. Manuel Martínez Umpierre

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo